**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **BYRON RAUL SANAY GUARACA,** **Petitioner,** <br><br> **v.** <br><br> **ANTONE MONIZ, ET AL.,** **Respondents.** | ) ) ) ) ) ) ) ) ) ) ) ) |

**Civil Action No.** 26-12337-DJC

**JUDGMENT**

**CASPER, J.**                                                                 **July 10, 2026**

For the reasons previously stated, the Court enters judgment as to Petitioner on the Petition to the extent granted in D. 10.

/s Denise J. Casper

UNITED STATES DISTRICT
COURT CHIEF JUDGE