**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BYRON RAUL SANAY GUARACA,<br>Petitioner,<br>v.<br>ANTONE MONIZ, *et al.*,<br>Respondents. | No. 1:26-cv-12337-DJC |

**NOTICE OF APPEAL**

Respondents hereby appeal from the Court's Electronic Order on Petitioner Byron Raul Sanay Guaraca's Motion for Attorney's Fees entered July 10, 2026 (Doc. No. 14), and Judgment entered July 10, 2026 (Doc. No. 15), to the United States Court of Appeals for the First Circuit.

Dated: September 8, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on September 8, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney